**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**


Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California


                        **RE:   RAYMOND CARTER**
                              **Docket Number:   1:04CR05307-01**
                              **ALTERNATIVE SUPERVISION PLAN**


Your Honor:

The offender was released from the Bureau of Prisons on August 15, 2008. Upon his release, the offender was ordered to reside and participate in a residential treatment community program, Cornell Company ( Central District of California), or similar community corrections center, for a period of 12 months. While residing at the community corrections program, he would participate in Sharper Future sex offender treatment program.  However, the offender was denied relocation to the Central District of California as he does not have any family ties to their district.  Furthermore, due to his sex offender status, there is some question as to whether he would be accepted into the majority of community correction centers.

The offender has relocated to Sacramento and has been accepted into the Sharper Future outpatient sex offender program.  As noted above, he has been denied in the Central District and it is unlikely he would be accepted into other community corrections programs.  The fact the offender has not completed the required community corrections program appears beyond his control.  In light of his relocation denial and current participation in sex offender treatment, this officer believes no additional Court action is necessary at this time.

Therefore, it is recommended the offender be allowed to continue in the Sharper Future out patient sex offender program, without completing a residential community treatment program, as previously

1

**RE:   RAYMOND CARTER**
**Docket Number:   1:04CR05307-01 OWW**
**ALTERNATIVE SUPERVISION PLAN**


ordered by the Court.  The Assistant United States Attorney has been notified of the alternative plan

and agrees with the recommendation.


Respectfully submitted,


/s/ Michael W. Armistead


**MICHAEL W. ARMISTEAD**
**Senior United States Probation Officer**

Dated:        September 12, 2008
              Fresno, California
              MWA


**REVIEWED BY:       /s/ Hubert J. Alvarez**
                  **HUBERT J. ALVAREZ**
                  **Supervising United States Probation Officer**

Attachment(s)
cc:    David Gappa
       Assistant United States Attorney

       Deborah Levine
       Defense Counsel



AGREE: ____X_____          DISAGREE: _____


IT IS SO ORDERED.

**Dated:    September 16, 2008            _____/s/ Oliver W. Wanger_____**
                                    UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG